**Electronically Filed
Supreme Court
SCWC-16-0000627
05-MAY-2021
10:57 AM
Dkt. 11 ODAC**

SCWC-16-0000627

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

ASSOCIATION OF CONDOMINIUM HOMEOWNERS
OF TROPICS AT WAIKELE, by its Board of Directors,
Respondent/Plaintiff-Appellee,

vs.

PATSY NAOMI SAKUMA, Petitioner/Defendant-Appellant,

and

FIRST HAWAIIAN BANK, a Hawai‘i corporation; and
WAIKELE COMMUNITY ASSOCIATION, a Hawai‘i nonprofit
corporation, Respondents/Defendants-Appellees

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000627; CIV. NO. 1CC071001487)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Wilson, and Eddins, JJ.,
with Circuit Judge Tonaki, in place of Recktenwald, C.J.,
recused.)

Petitioner/Defendant-Appellant Patsy Sakuma's application

for writ of certiorari filed on March 23, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, May 5, 2021.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ John M. Tonaki

